IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>         Plaintiff,  :<br>  :<br>v.  :<br>  :<br>DONALD PRITCHETT,  :<br>  :<br>         Defendant.  : | Criminal Action No. 07-61M |

**ORDER**

AND NOW, this 3rd day of April, 2007, upon consideration of the request of counsel for Defendant, Donald Pritchett, to postpone the Defendant's Initial Appearance due to his current inability to adequately participate in the hearing because of his current medical condition, and in the interests of justice, it is hereby **ORDERED** that the Initial Appearance is continued until April 6, 2007, at 12:00 noon.

It is further **ORDERED** that the Defendant is to remain temporarily detained pending his Initial Appearance.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE