IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-62 |
| DONALD T. PRITCHETT | ) ) REDACTED |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 2, 2007, in the State and District of Delaware, Donald T. Pritchett, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Smith and Wesson Brand, model SW9F, 9mm parabellum caliber, semi-automatic pistol, Serial No. PAF 2580, after having been convicted on or about July 2, 2002, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT II

On or about April 2, 2007, in the State and District of Delaware, Donald T. Pritchett, defendant herein, did knowingly possess in and affecting interstate commerce, ammunition, that is three rounds of .380 center fire cartridges head stamp marked "RP 380 Auto," and one round of a 9mm Luger caliber center fire cartridge head stamp marked "R-P 9mm LUGER," after having been convicted on or about July 2, 2002, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

FILED
MAY 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT III

On or about April 2, 2007, in the State and District of Delaware, Donald T. Pritchett, defendant herein, did knowingly distribute heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT IV

On or about April 2, 2007, in the State and District of Delaware, Donald T. Pritchett, defendant herein, did knowingly possess with the intent to distribute heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT V

On or about April 2, 2007, in or near Wilmington, in the State and District of Delaware, Donald T. Pritchett, defendant herein, in furtherance of a drug trafficking crime, to wit, possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C), as alleged in Count IV of the Indictment, incorporated by reference herein, did knowingly possess a firearm, to wit, a Smith and Wesson Brand, model SW9F, 9mm parabellum caliber, semi-automatic pistol, Serial No. PAF 2580, in violation of Title 18, United States Code, Sections 924(c)(1) & (2).

## COUNT VI

On or about April 2, 2007, in or near Wilmington, in the State and District of Delaware, Donald T. Pritchett, defendant herein, did knowingly possess a mixture or substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Counts One and Two of this Indictment, defendant Donald T. Pritchett, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

- a Smith and Wesson Brand, model SW9F, 9mm parabellum caliber, semi-automatic pistol, Serial No. PAF 2580;
- one round of a 9mm Luger caliber center fire cartridge head stamp marked "R-P 9mm LUGER"; and
- three rounds of .380 caliber center fire cartridges head stamp marked "RP 380 AUTO."

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Robert F. Kravetz
Assistant U.S. Attorney


Dated: May 1, 2007

4