IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 07-062 JJF |
| DONALD PRITCHETT, : | |
| Defendant. : | |

**O R D E R**

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 14);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **September 14, 2007, at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

August 24, 2007
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE