IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **SEALED** |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-062 JJF |
| | : | |
| DONALD PRITCHETT, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has been notified that parties have reached a Plea Agreement in the above-captioned case;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, October 31, 2007 at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and October 31, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

October 19, 2007  
DATE

_____  
UNITED STATES DISTRICT JUDGE

