IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-062 JJF |
| DONALD PRITCHETT, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, February 7, 2008, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 7, 2007
DATE

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE

FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE