IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-62-JJF |
| | ) |
| DONALD T. PRITCHETT, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS COUNTS 2-6 OF THE INDICTMENT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 2-6 of the Indictment returned against Defendant Donald T. Pritchett on May 1, 2007, pursuant to the terms of the plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: March 7, 2008

SO ORDERED this ___7___ day of March 2008.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge